ClientCaseID: N7590
CaseID: 175271
Law Firm ID: WHITFIEL


*175271A*

CaseReturnDate: 2/21/08
Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number **08C339**

I, _Terrance Dubois_
FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001126 Diligent Detective Agency, LTD. 105 W. 3RD AVENUE, CLIFTON IL 60927.

THAT HE SERVED THE WITHIN   SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT   Johnson & Piper Builders, Inc.

( ) PERSONAL SERVICE: IN THAT I PERSONALLY DELIVERED THE PROCESS TO THE DEFENDANT.

( ) ABODE/SUBSTITUTE SERVICE:
I SERVED A MEMBER OF HOUSEHOLD 13 YEARS OF AGE OR OLDER AT THE DEFENDANTS USUAL PLACE OF ABODE AND INFORMED THAT PERSON OF THE CONTENTS THEREOF AND FURTHER MAILED A COPY OF THE SUMMONS OR PROCESS IN A SEALED ENVELOPE WITH POSTAGE PREPAID TO THE DEFENDANT, AT HIS USUAL PLACE OF ABODE WITHIN TWO BUSINESS DAYS OF THE SERVICE.

(X) CORPORATE SERVICE: IN THAT I SERVED THE DEFENDANT CORPORATION BY LEAVING COPY OF THE PROCESS WITHIN THE PERSON LISTED BELOW

( ) UNABLE TO SERVE/NON SERVICE AFFIDAVIT: I WAS UNABLE TO SERVE THE DEFENDANT

Date Of Service: _2-3-08_   Time of Service: _09:00_   Date Of Mailing
PERSON SERVED _MARTIN JOHNSON, PRESIDENT_
Age _38_   Sex _Male_   Race _White_   Height _6'0_   Build _Med_   Hair _Brown_
LOCATION OF SERVICE   502 E 3300 North
Chebanse, IL, 69022

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

_2-5-08_
NAME OF SERVER:                               DATE:

AGENCY NAME:   Diligent Detective Agency, LTD

ADDRESS:   105 W. 3RD AVENUE
CITY:   CLIFTON
ST:   IL     ZIP   60927
PHONE:   (815)-694-3332

60992