IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| v. | ) ) ) | 08 C 339 Judge Zagel |
| JOHNSON & PIPER BUILDERS, INC. | ) ) ) | |
| Defendant. | ) | |

**MOTION FOR DEFAULT JUDGMENT**

Plaintiffs, by their attorneys and pursuant to Rule 55 of the Federal Rules of Civil Procedure, move this Honorable Court to enter Judgment by Default for Defendant's failure to appear, answer or otherwise plead. Further, in support of this Motion the Plaintiffs state:

1. Plaintiffs filed their complaint on January 15, 2008, and the summons and complaint was served on February 3, 2008 via the Process Server. (See affidavit of service, attached herein as Exhibit A)

2. The Defendant has failed to appear, answer or otherwise plead within the time allowed by the Federal Rules of Civil Procedure.

3. At all times relevant to this action, the Defendant has been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds. Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreement, the Defendant is required to submit monthly reports to the Trust Funds which list the number of hours worked by the Defendant's employees and to pay the ERISA contributions based on those hours.

4. The Plaintiffs audited the books and records of the Defendant to verify that all contributions were submitted. The audit revealed that the Defendant breached the provisions of

the Collective Bargaining Agreement by underpaying contributions that are owed to the Trust Funds based upon the hours worked by employees and/or measured by the hours worked by subcontractors during the period of October, 2006 through June, 2007.  The contributions owed to the Trust Funds as a consequence of this breach are $15,453.00.  (See James Rosemeyer affidavit, attached herein as Exhibit B)

5. The Defendant owes interest on the unpaid ERISA contributions for the months of October, 2006 to June, 2007 in the amount of $1,348.70, pursuant to the Trust Agreements and 29 U.S.C. §1132(g)(2)(B). (Ex. B)

6. The Defendant owes liquidated damages on the unpaid ERISA contributions for the months of October, 2006 to June, 2007, in the amount of $3090.60, pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(ii). (Ex. B)

7. The Defendant owes the sum of $1,265.00 for necessary and reasonable attorney fees and costs, which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D). (See Karen M. Rioux affidavit, attached herein as Exhibit C)

WHEREFORE, Plaintiffs pray that their motion for judgment by default be granted in the amount of $21,157.30.

Respectfully submitted,

s/ Karen M. Rioux
Attorney for Plaintiffs.

Terrance B. McGann (ARDC# 6199967)
Karen M. Rioux (ARDC# 6279378)
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
t: (312) 251-9700
F: (312) 251-9701
tmcgann@whitfield-mcgann.com