# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, ) ) ) ) ) ) ) | |
| Plaintiffs, ) | CIVIL ACTION |
| v. ) | 08 C 339 |
| ) | Judge Zagel |
| JOHNSON & PIPER BUILDERS, INC. ) ) ) | |
| Defendant. ) | |

### DECLARATION OF KAREN M. RIOUX

Pursuant to 28 U.S.C. § 1746, I, Karen M. Rioux, do declare under penalty of perjury that the following is true and correct:

1. I am an associate in the law firm of Whitfield McGann & Ketterman and one of the attorneys for Plaintiffs in the above captioned matter. I am licensed to practice law in the State of Illinois and for the United States District Court for the Northern District of Illinois. I make this Declaration in support of Plaintiffs' Motion for Default Judgment.

2. I have personal knowledge of the facts stated herein and am competent to give testimony as recited herein and from my own personal knowledge.

3. The Collective Bargaining Agreement and the Trust Agreements under which this action is based provide for the payment of liquidated damages, audit fees and attorneys' fees and costs incurred for failure of a signatory contractor to pay contributions in accordance with those Agreements.

4.  I, Karen M. Rioux, have devoted 5.00 hours in connection with the above-captioned case at the rate of $165.00 per hour. My total billings are $825.00

5.  The filing fee was $350.00.

6.  The attached detailed attorney fees and costs of $1,175.00 combined with the fee for service of process of $90.00 combine for a total of $1,265.00. These fees and costs were necessary and reasonable.

7.  Notice of this Motion for Default was given to Defendant by mailing a copy of the same to Martin Johnson, President of Johnson & Piper Builders, Inc. at 502 E 3300 North, Chebanse, IL 69022.

Dated this 23rd Day of April, 2008.

_____
KAREN M. RIOUX, one of the
attorneys for the Plaintiffs.


Terrance B. McGann (ARDC# 6199967)
Karen M. Rioux (ARDC# 6279378)
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
t: (312) 251-9700
F: (312) 251-9701
krioux@whitfield-mcgann

| 4/23/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 3:48 PM | Slip Listing | Page | 1 |

### Selection Criteria

| | |
|---|---|
| Slip.Date | Earliest - 4/23/2008 |
| Slip.Classification | Open |
| Case (hand select) | Include: CTF-A./N7590/24103 |

Rate Info - identifies rate source and level

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 352689          TIME<br>1/15/2008<br>Billed        G:72798      2/4/2008<br>Draft complaint against Johnson and Piper for audit refusal.  Prepare complaint for electronic filing. | KMR<br>Billable<br>CTF-A./N7590/24103 | 2.00<br>0.00<br>0.00<br>0.00 | 165.00<br>T@7 | 330.00 |
| 352690          TIME<br>1/15/2008<br>Billed        G:72798      2/4/2008<br>Examine and review audit to determine documents needed to complete audit. Examine and review complaint filed for delinquent contributions filed by Karl E. Masters. | KMR<br>Billable<br>CTF-A./N7590/24103 | 0.75<br>0.00<br>0.00<br>0.00 | 165.00<br>T@7 | 123.75 |
| 353784          EXP<br>2/27/2008<br>Billed        G:72982      3/3/2008<br>THE CLERK OF THE CIRCUIT COURT - FILING FEE (1/8/08) | CPW<br>$CC<br>CTF-A./N7590/24103 | 1 | 200.00 | 200.00 |
| 353788          EXP<br>2/27/2008<br>Billed        G:72982      3/3/2008<br>FILING FEE (1/16/08) | CPW<br>$DC<br>CTF-A./N7590/24103 | 1 | 350.00 | 350.00 |
| 356545          TIME<br>4/2/2008<br>WIP<br>Examine and review electroinic court docket for status date before Judge Zagle. | KMR<br>Billable<br>CTF-A./N7590/24103 | 0.25<br>0.00<br>0.00<br>0.00 | 165.00<br>T@7 | 41.25 |
| 356542          TIME<br>4/23/2008<br>WIP<br>Obtain updated figures regarding liquidated damages and interest from Nate Lagalo. Draft Motion for Default.  Prepare exhibits and affidavits.  Prepare same for electronic filing. | KMR<br>Billable<br>CTF-A./N7590/24103 | 2.00<br>0.00<br>0.00<br>0.00 | 165.00<br>T@7 | 330.00 |

| 4/23/2008 | WHITFIELD, McGANN & KETTERMAN | | | |
|---|---|---|---|---|
| 3:48 PM | Slip Listing | | Page | 2 |

| Slip ID<br>　Dates and Time<br>　Posting Status<br>　Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Grand Total | | | | |
| | Billable | 5.00 | | 1375.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 5.00 | | 1375.00 |