IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL )
COUNCIL OF CARPENTERS PENSION FUND, )
CHICAGO REGIONAL COUNCIL OF )
CARPENTERS WELFARE FUND, and CHICAGO )
REGIONAL COUNCIL OF CARPENTERS )
APPRENTICE & TRAINEE PROGRAM FUND, )
  )  CIVIL ACTION
          Plaintiffs, )
v. )  08 C 339
  )  Judge Zagel
JOHNSON & PIPER BUILDERS, INC. )
  )
          Defendant. )

## NOTICE OF MOTION

To:    Johnson & Piper Builders, Inc.
      Martin Johnson, President
      502 E. 3300 North
      Chebanse, IL  69022

PLEASE TAKE NOTICE that on **May 1, 2008** I shall appear before the Honorable Judge Zagel at approximately 10:15 a.m. in Courtroom 2503 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Default Judgment.

TRUSTEES of the CHICAGO  REGIONAL  COUNCIL OF CARPENTERS PENSION FUND, et al.

/s/   Karen M. Rioux

## CERTIFICATE OF SERVICE

I, Karen M. Rioux, Plaintiff's attorney hereby certify that I served the above and foregoing  via U.S. first class mail to the person/s to who said Notice is directed on April 25, 2008.

/s/_Karen M. Rioux _____

Attorney for Plaintiffs
Terrance B. McGann (#6199967)
Karen M. Rioux (#6279378)
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601 (312) 251-9700 Fax (312) 251-9701