Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 339 | **DATE** | 5/1/2008 |
| **CASE TITLE** | TRUSTEES, ET AL vs. JOHNSON & PIPER BUILDERS, INC. | | |

**DOCKET ENTRY TEXT**

Enter judgment order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|

Case 1:08-cv-00339   Document 10   Filed 05/01/2008   Page 1 of 1

08C339 TRUSTEES, ET AL vs. JOHNSON & PIPER BUILDERS, INC.   Page 1 of 1