

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, <br><br> Plaintiffs, <br> v. <br><br> JOHNSON & PIPER BUILDERS, INC. <br><br> Defendant. | CIVIL ACTION <br><br> 08 C 339 <br> Judge Zagel |

## JUDGMENT ORDER

The Plaintiffs filed their Complaint on January 15, 2008, and the Defendant was served with copies of the Summons and Complaint; and

The Defendant has failed to answer or otherwise plead; and

Upon application of Plaintiffs for Default Judgment and for good cause shown, a default is hereby granted against Defendant in accordance with the prayer for relief in the Complaint of this action; and

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in behalf of the Plaintiffs and against Defendant, JOHNSON & PIPER BUILDERS, INC., in the sum of $27,259.65 representing the following amounts:

| | | |
|---|---|---|
| a) | ERISA Contributions (10/2006 – 6/2007) | $15,453.00 |
| b) | Interest on ERISA Contributions (10/2006 – 6/2007) | $ 1,348.70 |
| c) | Liquidated Damages (10/2006 – 6/2007) | $ 3,090.60 |
| d) | Attorney Fees and Costs | $ 1,265.00 |
| | **TOTAL** | **$21,157.30** |

ENTERED:

_____
JAMES B. ZAGEL
UNITED STATES DISTRICT COURT JUDGE

DATED: MAY 1 2008